**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No. 8: 06-cr-409-T-30MAP

**SAMUEL L. GRAUBARD**

_____/

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

The Court modifies the conditions of the Defendant's supervised release. The Defendant shall make $75 per week payments towards his restitution amount for a period of two years. The payment amount will be reduced to $60 per week after the two year period. These payments shall be made through wage garnishments. The United States is directed to set up automatic payments with the defendant's employer as soon as possible. Additionally, the Defendant's conditions of supervised release shall be modified to include thirty (30) hours of community service. All other terms and conditions previously ordered remain the same.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
U. S. Probation

S:\Odd\2006\06-cr-409.modify.Graubard.wpd